UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

| | |
|---|---|
| Miguel Alfaro and<br>Candelaria Alfaro | Case No.: 14-19499-AJC<br>Chapter 13 |
| _____Debtor(s)_____ / | |

## OBJECTION TO CLAIM
## IMPORTANT NOTICE TO CREDITOR:
## THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim # | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 7-1 | Navient Solutions Inc. on behalf of the Department of Education<br>Navient Solutions Inc<br>Department of Education Loan Services<br>P O Box 9635<br>Wilkes Barre, PA 18773-9635 | $41990.32 | The debtors object to this claim as this debt is being paid outside the Chapter 13 Plan by debtor's daughter, whom is the owner of the loan; therefore this claim should be stricken from the claims register and disallowed from receiving distribution from the Chapter 13 Trustee. |

MMM-LF-01 (rev. 08/01/14)

Page **1** of **2**

\*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

CERTIFICATE OF SERVICE AND COMPLIANCE
WITH LOCAL RULE 9073-1(D)

I hereby certify that a true copy of this "Objection to Claim was served on all parties listed below on   02/01/16   , and that I have conferred with opposing counsel in an attempt to resolve these issues before requesting this hearing.

**Via Electronic transmission**
Marc E Brown    Marc.Brown@gmlaw.com, bankruptcy@gmlaw.com
Michael Marcer    Bankruptcy@marrerolawfirm.com, BKCMailECF@gmail.com
Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Nirvani D Singh    nsingh@rasflaw.com, bkyecf@rasflaw.com;BKY_ECF4@rasflaw.com

**And by First Class Mail to the following:**
Navient Solutions Inc. on behalf of the
Department of Education
Navient Solutions Inc
Department of Education Loan Services
P O Box 9635
Wilkes Barre, PA 18773-9635

Respectfully submitted,
/S/ Michael Marcer, Esquire
Michael Marcer, Esquire
3850 Bird Road
Coral Gables, Florida 33146
305-446-0163
Florida Bar No: 88728