UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No.: 14-19499-BKC-AJC
                                                    Chapter 13
MIGUEL I ALFARO
CANDELARIA ALFARO,

    Debtors.
_____/

## MOTION TO COMPEL THE NAVIENT SOLUTIONS INC. TO TURNOVER FUNDS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

    COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, and moves this Honorable Court to compel Navient Solutions Inc. to turnover $17,872.32 to the Trustee and as grounds therefore states:

    1. On September 16, 2014, Navient Solutions Inc. filed their unsecured nonpriority proof of claim number 7-1 in the amount of $$41,990.32.

    2. The Trustee has disbursed to Navient Solutions Inc. a total of $17,872.32.

    3. On March 8, 2016, the Court entered an order striking Navient Solutions Inc.'s proof of claim number 7-1 and disallowing them from receiving distribution from the Chapter 13 Trustee. [ECF No. 79].

    4. The Debtors' second modified plan [ECF No. 74] requires the Debtors to pay 100% of all allowed unsecured claims.

    5. On or about January 28, 2016, the Trustee sent a letter to Navient Solutions Inc. via certified mail requesting $17,872.32 be turned over to the Trustee. *See* Exhibit A – Trustee's letter and USPS certified tracking confirmation.

1

6. The Trustee requests the Court enter an order directing Navient Solutions Inc. to turnover $17,872.32 to the Trustee so that the Trustee may use said funds to provide a 100% distribution to all allowed unsecured claims.

WHEREFORE, for the above stated reasons, the Trustee respectfully requests this Honorable Court enter an order compelling the Navient Solutions Inc. to return the $17,872.32 overpayment to the Trustee and for any further relief as may be deemed just and proper.

NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Jose Miceli
Jose Miceli, Esq.
Staff Attorney
(954) 443-4402
Florida Bar No. 0077539
P.O. BOX 279806
MIRAMAR, FL 33027

## CERTIFICATE OF SERVICE

I CERTIFY that the forgoing has been served by CMECF notices of electronic filing upon the Counsel for the Debtor(s) on March 25, 2016 and:

**By First Class U.S. Mail to:**

Navient Solutions Inc. on behalf of the
Department of Education
Navient Solutions Inc
Department of Education Loan Services
P O Box 9635
Wilkes Barre, PA 18773-9635

U.S. Department of Education
Attn: Arne Duncan, Secretary of Education
400 Maryland Avenue SW
Washington, D.C. 20202

Navient Solutions Inc. on behalf of Dept. of Education

2

Attn: REMONDI, JOHN F, PRESIDENT
2001 EDMUND HALLEY DR.
RESTON, VA 20191-3436

Navient Solutions Inc. on behalf of Dept. of Education
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301

                          NANCY K. NEIDICH,
                          Standing Chapter 13 Trustee

By: /s/ _____
       Jose Miceli, Esq.
       Staff Attorney
       (954) 443-4402
       Florida Bar No. 0077539
       P.O. BOX 279806
       MIRAMAR, FL 33027

English     Customer Service     USPS Mobile                 Register / Sign In

# USPS.COM®

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **70083230000313995230**

Updated Delivery Day: **Monday, February 1, 2016**

## Product & Tracking Information

**Postal Product:**      **Features:**
Certified Mail™

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 1, 2016, 11:09 am** | **Delivered** | **WILKES BARRE, PA 18773** |

Your item was delivered at 11:09 am on February 1, 2016 in WILKES BARRE, PA 18773.

| | | |
|---|---|---|
| February 1, 2016, 8:16 am | Departed USPS Facility | SCRANTON, PA 18505 |
| February 1, 2016, 7:56 am | Arrived at Unit | WILKES BARRE, PA 18701 |
| January 31, 2016, 3:41 am | Arrived at USPS Facility | SCRANTON, PA 18505 |
| January 30, 2016, 11:15 pm | Departed USPS Facility | LEHIGH VALLEY, PA 18002 |
| January 30, 2016, 9:49 am | Arrived at USPS Facility | LEHIGH VALLEY, PA 18002 |
| January 28, 2016, 8:16 pm | Arrived at USPS Facility | MIAMI, FL 33152 |

## Track Another Package

**Tracking (or receipt) number**

[_____] Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
|  | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
|  | Government Services | National Postal Museum |  |
|  | Careers | Resources for Developers |  |

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 3230 0003 1499 5235

Sent To
Street, Apt. No.; or PO Box No.  14-19499-TV clm 33
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

January 28, 2016

**VIA CERTIFIED MAIL# 7008 3230 0003 1399 5230**
Navient Solutions Inc. on behalf of the
Department of Education
Navient Solutions Inc
Department of Education Loan Services
P O Box 9635
Wilkes Barre, PA 18773-9635

RE: **MIGUEL I ALFARO**
**CANDELARIA ALFARO**
Case No.: 14-19499-AJC

Dear Navient Solutions Inc:

In connection with an audit of the above-referenced Chapter 13 file, I have found that this office inadvertently disbursed to your company and over disbursement of $17,872.32. **Therefore, the over-disbursement of $17,872.32 must be returned to this office. Please mail the refund check to Nancy K. Neidich Trustee, PO Box 278783, Miramar, Fl 33027-8783**

| ACCOUNT NO: | OVERPAYMENT AMOUNT: |
|---|---|
| 6104 | $17,872.32 |

Please remit $17,872.32 to the Trustee's office within twenty (20) days of this notice. This will allow us to properly administer the case and provide that all creditors receive the proper amount.

Thank you for your anticipated cooperation. If you have any questions, please contact this office.

Sincerely,
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Nancy K. Neidich, Trustee
Ref: TT Claim #33